# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149955

JEFFREY CULLUM,
                Plaintiff-Appellee,

v

FREDERICK L. LOPATIN, D.O.,
                Defendant-Appellant,

and

DEARBORN EAR, NOSE, AND THROAT
CLINIC, P.C.,
                Defendant.
_____/

SC: 149955
COA: 313739
Wayne CC: 10-007013-NH

On November 5, 2015, the Court heard oral argument on the application for leave to appeal the July 10, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015



Clerk

d1105